Dismissed and Memorandum Opinion filed October 5, 2006








Dismissed
and Memorandum Opinion filed October 5, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO.
14-05-01212-CV

____________

 

SUSAN J. SPILLIOS,
Appellant

 

V.

 

HORN, WALLACE,
COLE & CO., LTD. d/b/a HORN MURDOCK COLE, Appellee

 

 



 

On Appeal from the
334th District Court

Harris County,
Texas

Trial Court Cause
No. 05-58586

 



 

&

____________

 

NO. 14-06-00050-CV

____________

 

IN RE SUSAN J.
SPILLIOS and SIRIUS SOLUTIONS, L.L.P. 

 



 

ORIGINAL
PROCEEDING

 



 

M E M O R A N D U M   O P I N I O N








This is
a consolidated case, involving an appeal from a judgment signed November 15,
2005, and a petition for writ of mandamus filed January 19, 2006.  On August
24, 2006, we granted the parties= joint motion to abate this
consolidated case for settlement, and we issued an order abating the case until
October 25, 2006, or until further orders of this court. On September 27, 2006,
appellants/relators filed a motion to dismiss the consolidated proceeding.  See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
we lift the abatement and order the consolidated appeal and mandamus dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed October
5, 2006.

Panel consists of Justices Anderson, Hudson, and Guzman.